IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lawrence Walton, ) | No. CV-06-0453-PHX-FJM |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Joe W. Booker, Jr., ) | |
| Respondent. ) | |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), the response (doc. 11), and the Report and Recommendation of the United States Magistrate Judge (doc. 12). No objections to the Report and Recommendation were filed and the time for filing objections has expired.

We accept the Magistrate Judge's recommendation. Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus.

DATED this 16th day of August, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge